B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Kentucky

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **New Horizons Health Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA New Horizons Medical Center; DBA New Horizons Family Practice** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **61-1370196** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **330 Roland Avenue** **Owenton, KY** ZIP Code **40359** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Owen** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                  Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **New Horizons Health Systems, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____
            (Name of landlord that obtained judgment)

            _____
            (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **New Horizons Health Systems, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Ellen Arvin Kennedy**
Signature of Attorney for Debtor(s)

**Ellen Arvin Kennedy**
Printed Name of Attorney for Debtor(s)

**Dinsmore & Shohl LLP**
Firm Name

**250 West Main Street**
**Suite 1400**
**Lexington, KY 40507**
Address

**(859) 425-1000**
Telephone Number

**May 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Bernard T. Poe**
Signature of Authorized Individual

**Bernard T. Poe**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 29, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **New Horizons Health Systems, Inc.**             Case No.
                                    Debtor(s)             Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 3M Company<br>P.O. Box 371227<br>Pittsburgh, PA 15250-7227 | 3M Company<br>P.O. Box 371227<br>Pittsburgh, PA 15250-7227 | Software for Coding | | 14,043.93 |
| Acute Care, Inc.<br>1609 North Ankeny Blvd.<br>Suite 200<br>Ankeny, IA 50023 | Acute Care, Inc.<br>1609 North Ankeny Blvd.<br>Suite 200<br>Ankeny, IA 50023 | Litigation | Disputed | 900,000.00 |
| Baxter Healthcare<br>P.O. Box 856169<br>Louisville, KY 40285-6169 | Baxter Healthcare<br>P.O. Box 856169<br>Louisville, KY 40285-6169 | IV Solutions, Lease on IV Pumps | | 6,711.46 |
| Beckman Coulter<br>Dept. CH 10164<br>Palatine, IL 60055-0164 | Beckman Coulter<br>Dept. CH 10164<br>Palatine, IL 60055-0164 | Laboratory Supplies | | 5,867.96 |
| Coast to Coast<br>P.O. Box 56346<br>Atlanta, GA 30343 | Coast to Coast<br>P.O. Box 56346<br>Atlanta, GA 30343 | ER/Hospitalist Pro Fees | | 54,000.00 |
| Deepak Mittal, M.D.<br>105 Ridge Pointe Road<br>Cold Spring, KY 41076 | Deepak Mittal, M.D.<br>105 Ridge Pointe Road<br>Cold Spring, KY 41076 | Manor Pro Fees | | 17,860.32 |
| Golden Scepter<br>P.O. Box 294<br>Owenton, KY 40359 | Golden Scepter<br>P.O. Box 294<br>Owenton, KY 40359 | Rent on Family Practice | | 94,102.04 |
| Healthcare Services Group<br>3220 Tillman Drive<br>Suite 300<br>Bensalem, PA 19020 | Healthcare Services Group<br>3220 Tillman Drive<br>Suite 300<br>Bensalem, PA 19020 | Dietary Outside Services | | 64,006.99 |
| Healthland, Inc.<br>P.O. Box 856554<br>Minneapolis, MN 55485-6554 | Healthland, Inc.<br>P.O. Box 856554<br>Minneapolis, MN 55485-6554 | Computer Equipment | | 182,159.79 |
| Kentucky Hospital Association<br>2501 Nelson Mill Parkway<br>P.O. Box 436629<br>Louisville, KY 40253-6629 | Kentucky Hospital Association<br>2501 Nelson Mill Parkway<br>P.O. Box 436629<br>Louisville, KY 40253-6629 | Association Dues | | 9,652.44 |

B4 (Official Form 4) (12/07) - Cont.

In re **New Horizons Health Systems, Inc.**  
_____ Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kentucky REC<br>2355 Huguenard Drive<br>Suite 10<br>Lexington, KY 40503 | Kentucky REC<br>2355 Huguenard Drive<br>Suite 10<br>Lexington, KY 40503 | Professional Services | | 35,000.00 |
| Kentucky State Treasurer<br>Department of Revenue<br>Station 62<br>P.O. Box 491<br>Frankfort, KY 40601 | Kentucky State Treasurer<br>Department of Revenue<br>Station 62<br>Frankfort, KY 40601 | Taxes | | 14,132.32 |
| Logan's Textile Rental<br>P.O. Box 643958<br>Cincinnati, OH 45264-3958 | Logan's Textile Rental<br>P.O. Box 643958<br>Cincinnati, OH 45264-3958 | Linens | | 9,278.51 |
| Marshall Estate<br>c/o Stephen M. O'Brien III, PLLC<br>271 West Short Street<br>Suite 200<br>Lexington, KY 40507 | Marshall Estate<br>c/o Stephen M. O'Brien III, PLLC<br>271 West Short Street<br>Lexington, KY 40507 | Litigation | Disputed | 5,000,000.00 |
| McKesson Medical Surgical<br>P.O. Box 634404<br>Cincinnati, OH 45263-4404 | McKesson Medical Surgical<br>P.O. Box 634404<br>Cincinnati, OH 45263-4404 | Drugs | | 13,692.88 |
| New Horizons Medical Foundation<br>1160 Stewart Lane<br>Sparta, KY 41086 | New Horizons Medical Foundation<br>1160 Stewart Lane<br>Sparta, KY 41086 | Loans | | 273,863.00 |
| Physicians Sales and Service<br>62046 Collections Drive<br>Chicago, IL 60693-0620 | Physicians Sales and Service<br>62046 Collections Drive<br>Chicago, IL 60693-0620 | Medical Supplies | | 35,167.85 |
| Russell Kuchta, RHP<br>6565 Sauterne Drive<br>Macungie, PA 18062 | Russell Kuchta, RHP<br>6565 Sauterne Drive<br>Macungie, PA 18062 | Professional Services | | 16,805.75 |
| Siemens Healthcare Diagnositc<br>P.O. Box 121102<br>Dallas, TX 75312-1102 | Siemens Healthcare Diagnositc<br>P.O. Box 121102<br>Dallas, TX 75312-1102 | Laboratory Supplies | | 14,807.40 |
| VonLehman & Co.<br>250 Grandview Drive<br>Suite 300<br>Fort Mitchell, KY 41017 | VonLehman & Co.<br>250 Grandview Drive<br>Suite 300<br>Fort Mitchell, KY 41017 | Professional Services | | 22,559.12 |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **New Horizons Health Systems, Inc.**                                                              Case No.
                                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 29, 2015**                                           Signature   **/s/ Bernard T. Poe**
                                                                              **Bernard T. Poe**
                                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **New Horizons Health Systems, Inc.**                                      Case No.
                                                    Debtor(s)                    Chapter **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __11__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **May 29, 2015**                          **/s/ Bernard T. Poe**
                                                **Bernard T. Poe**/**President**
                                                Signer/Title

I, _____**Ellen Arvin Kennedy**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __11__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **May 29, 2015**                          **/s/ Ellen Arvin Kennedy**
                                                Signature of Attorney
                                                **Ellen Arvin Kennedy**
                                                **Dinsmore & Shohl LLP**
                                                **250 West Main Street**
                                                **Suite 1400**
                                                **Lexington, KY 40507**
                                                **(859) 425-1000**

21st Century Oncology of Kentucky, LLC
P.O. Box 951975
Dallas TX 75395


3M Company
P.O. Box 371227
Pittsburgh PA 15250-7227


Acure Care, Inc.
1609 North Ankeny Blvd.
Suite 200
Ankeny IA 50023


ADP, Inc.
P.O. Box 842875
Boston MA 02284-2875


Advanced Roofing
1924 North Elm Street
Muncie IN 47304


Airgas Mid-America
P.O. Box 532609
Atlanta GA 30353


Alert Services Corporation
P.O. Box 920215
Norcross GA 30010


Alimed
P.O. Box 9135
Dedham MA 02027-9135


AT&T Capital Services
13160 Collections Center Drive
Chicago IL 60693


Baxter Healthcare
P.O. Box 70564
Chicago IL 60673


Beckman Coulter, Inc.
Dept. CH 10164
Palatine IL 60055-0164

```
Bernard T. Poe
P.O. Box 446
Owenton KY 40359


Bio-Rad Laboratories, Inc.
P.O. Box 849740
Clinical Diagnostic Division
Los Angeles CA 90084-9740


Briggs Corp.
P.O. Box 1355
Des Moines IA 50305


Bruce Communications, LLC
P.O. Box 771
Mount Sterling KY 40353


Cantol USA, Inc.
199 Steelcase Road West
Markham, Ontario L3R 2M2
Canada


Cardinal Health
P.O. Box 905867
Medical Products
Charlotte NC 28290-5867


Cardinal Health
P.O. Box 402574
Pharmaceutical Dist.
Atlanta GA 30384-2574


Cardinal Health 110, Inc.
P.O. Box 402574
Atlanta GA 30384


Carefusion Solutions, LLC
25082 Network Place
Chicago IL 60673


Carroll County Hospital
309 11th Street
Carrollton KY 41008
```

```
Carrollton Utilities
P.O. Box 269
225 6th Street
Carrollton KY 41008


Chapman Printing Company, Inc.
P.O. Box 2908
Huntington WV 25728


Chemsearch
23261 Network Place
Chicago IL 60673-1232


Cintas Location #935
P.O. Box 630803
Cincinnati OH 45263


Coast to Coast
P.O. Box 56346
Atlanta GA 30343


CPA Lab
P.O. Box 538373
Atlanta GA 30353-8373


Cull Family
965 Hwy 127 North
Owenton KY 40359


DBL Law
Accounts Receivable
207 Thomas More Parkway
Crestview Hills KY 41017


De Lage Landen
P.O. Box 41602
Philadelphia PA 19101


Deepak Mittal, M.D.
105 Ridge Pointe Road
Cold Springs KY 41076


Derby Pressure Wash
901 Ulrich Avenue
Louisville KY 40219
```

```
Dish Network
P.O. Box 94063
Palatine IL 60094


Ecolab, Inc.
P.O. Box 70343
Chicago IL 60673


eSolutions Electronic Commerce
WS#165
P.O. Box 414378
Kansas City MO 64141


First Farmers Bank
127 North Thomas Street
P.O. Box 188
Owenton KY 40359


Frankfort Pest Control, LLC
P.O. Box 1587
Shelbyville KY 40065


Gallatin County News
P.O. Box 435
Warsaw KY 41095-0435


GE Capital
P.O. Box 644479
Pittsburgh PA 15264-4479


GE Healthcare
P.O. Box 96483
Chicago IL 60693


GE Healthcare Financial Services
P.O. Box 641419
Pittsburgh PA 15264


Golden Scepter, LLC
P.O. Box 294
Owenton KY 40359


Gordon Food Service
P.O. Box 88029
Chicago IL 60680-1029
```

```
GW Orthopedics
6975 Goldengate Drive
Cincinnati OH 45244


Hammond Law Group
441 Vine Street
Suite 3200
Cincinnati OH 45202


Health Care Logistics, Inc.
P.O. Box 400
Circleville OH 43113-0400


Healthcare Services Group, Inc.
3220 Tillman Drive
Suite 300
Bensalem PA 19020


Healthland, Inc.
P.O. Box 856554
Minneapolis MN 55485-6554


Inside Connect Cable
4890 Knob Creek Road
Brooks KY 40109


Instrumentation Laboratory
Werfen USA, LLC
P.O. Box 347934
Pittsburgh PA 15251


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Kentucky American Water
P.O. Box 371880
Pittsburgh PA 15250


Kentucky Blood Center
3121 Beaumont Centre Circle
Lexington KY 40513
```

```
Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
P.O. Box 5222
Frankfort KY 40602


Kentucky Hospital Association
2501 Nelson Mill Parkway
P.O. Box 436629
Louisville KY 40253-6629


Kentucky REC
2355 Hugenard Drive
Suite 10
Lexington KY 40503


Kentucky State Treasurer
Department of Revenue
Frankfort KY 40621


KU
P.O. Box 9001954
Louisville KY 40290-1954


Laboratory Supply Company
1951 Bishop Lane
Suite 300
Louisville KY 40218


Logan's Textile Rental
P.O. Box 643958
Cincinnati OH 45264


Lowe's Business Account/GE Credit
P.O. Box 530970
Atlanta GA 30353-0970


Market Lab, Inc.
3027 Momentum Place
Chicago IL 60689-5330


Marshall Estate
c/o Stephen M. O'Brien III, PLLC
271 West Short Street
Suite 200
Lexington KY 40507
```

McGregor & Associates, Inc.
997 Governors Lane
Suite 175
Lexington KY 40513


McKesson Health Solutions
22423 Network Place
Chicago IL 60673-1219


McKesson Medical-Surgical Inc.
P.O. Box 634404
Cincinnati OH 45263-4404


Meadowview Shopwise
1070 Highway 127 North
Owenton KY 40359


Medical Recovery Systems
2055 Reading Road
Suite 500
Cincinnati OH 45202


Medline Industries, Inc.
Dept. CH 14400
Palatine IL 60055-4400


Mercedes Medical, Inc.
P.O. Box 850001
Box #0123
Orlando FL 32885-0123


Millipore Corporation
290 Concord Road
Billerica MA 01821


MTCI
11260 Chester Road
Suite 700
Cincinnati OH 45246


National Rural Health Association
4501 College Blvd.
Suite 225
Leawood KS 66211

```
New Horizons Medical Foundation
1160 Stewart Lane
Sparta KY 41086


News Democrat
P.O. Box 1118
Landmark Comm Newspapers
Shelbyville KY 40066-1118


Olympus America Inc.
P.O. Box 200183
Pittsburgh PA 15251


Olympus America, Inc.
P.O. Box 120600
Dallas TX 75312-0600


Optum360, LLC
3436 Momentum Place
Chicago IL 60689-5334


Owen County Ambulance
100 North Thomas Street
Owenton KY 40359


Owen County Fiscal Court
100 North Thomas Street
Owenton KY 40359


PEM Filings
Dept. 1920
P.O. Box 4110
Woburn MA 01888-4110


Peoples Bank & Trust Company
101 North Main Street
P.O. Box 8
Owenton KY 40359


Pharmaceutical Credit
P.O. Box 1684
Brentwood TN 37024
```

```
Physicians Sales and Services
62046 Collections Drive
Chicago IL 60693-0620


Physio-Control, Inc.
12100 Collections Drive
Chicago IL 60693


Pitney-Bowes Purchase Power
P.O. Box 371874
Pittsburgh PA 15250-7874


Precision Dynamics Corp. Healthcare
P.O. Box 71549
Chicago IL 60694-1995


Quest Diagnostics
12436 Collections Center Drive
Chicago IL 60693


Quest Diagnostics
P.O. Box 740709
Atlanta GA 30374-0736


Record Indiana Automatic Door Systems
P.O. Box 188
Whiteland IN 46184-0188


River Times
P.O. Box 435
Warsaw KY 41095


Rumpke Consolidated Companies
P.O. Box 538710
Cincinnati OH 45253


Russell Kuchta, RPH
6565 Sauterne Drive
Macungie PA 18062


Shred-It USA LLC
10115 Production Court
Louisville KY 40299
```

Siemens Financial Services, Inc.
P.O. Box 2083
Carol Stream IL 60132


Siemens Healthcare Diagnostics Inc.
P.O. Box 121102
Dallas TX 75312


Simplex Grinnell
Dept. CH 10320
Palatine IL 60055


Specific Waste Industries, LLC
P.O. Box 1091
Prospect KY 40059


Spectra Corp.
8131 LBJ Freeway
Suite 360
Dallas TX 75251


St. Elizabeth Healthcare Edgewood
Attn:  Inpatient Pharmacy
1 Medical Village Drive
Edgewood KY 41017


Staples Advantage
Dept. DET
P.O. Box 83689
Chicago IL 60696-3689


Stryker Finance
P.O. Box 41602
Philadelphia PA 19101-1602


Summit Funding Group
3062 Momentum Place
Chicago IL 60689


Tri-State Coca-Cola
2329 Paysphere Circle
Chicago IL 60674-2329

```
U.S. Bank Equipment Finance
P.O. Box 790448
Saint Louis MO 63179-0448


USDA Rural Development
771 Corporate Drive
Suite 200
Lexington KY 40503


Vascular Access, Inc.
P.O. Box 444
Georgetown IN 47122-0444


VonLehman & Company Inc.
250 Grandview Drive
Suite 300
Fort Mitchell KY 41017


Windstream
P.O. Box 9001950
Louisville KY 40290


Wyatt, Tarrant, & Combs, LLP
500 West Jefferson Street
Suite 28
Louisville KY 40202-2898


Xerox Capital
P.O. Box 802555
Chicago IL 60680-2555


YP
P.O. Box 5010
Carol Stream IL 60197
```