UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Frankfort Division

In re:

New Horizons Health Systems,
Inc.

Debtor.

Case No. 15-30235
Chapter 11

## Appointment of Official Committee of Unsecured Creditors

Samuel K. Crocker, United States Trustee, pursuant to 11 U.S.C. §

1102(a)(1), appoints the following creditors to serve on the Official Committee

of Unsecured Creditors:

**Acute Care, Inc.**
c/o Hannah Menadue, Assistant Corporate Counsel
1609 N. Ankeny Blvd., Suite 200
Ankeny, IA 50023
(800) 729-7813 Telephone
hannahm@acutecare.com
**Interim Chair**

**Healthcare Services Group, Inc.**
c/o Patrick J. Orr, V.P. of Financial Services
3220 Tillman Drive, Suite 300
Bensalem, PA 19020
(215) 688-4539 Telephone
porr@hcsgcorp.com

**Beckman Coulter, Inc.**
c/o Bernstein-Burkley, P.C.
Kirk B. Burkley, Esq. and Daniel R. Schimizzi, Esq.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8121 Telephone
dschimizzi@bernsteinlaw.com

The United States Trustee reserves the right to modify the composition of

this Committee if circumstances warrant.

Dated: July 16, 2015                          **Samuel K. Crocker**
                                              United States Trustee

                                              By:*/s/ John L. Daugherty*
                                                  John L. Daugherty
                                                  Assistant U.S. Trustee
                                                  Rachelle C. Dodson
                                                  Trial Attorney
                                                  Office of the U.S. Trustee
                                                  100 E. Vine St., Suite 500
                                                  Lexington, KY 40507
                                                  (859) 233-2822

## Certificate of Service

    I certify that on July 16, 2015, I served a copy of the foregoing (i) via
electronic mail upon the above Committee members and via first class mail,
postage prepaid, upon parties on the Master Service List (Doc 54-1) for this
case, and (ii) via ECF noticing upon all parties registered to receive notice
electronically.

                                          */s/ John L. Daugherty*
                                          John L. Daugherty