IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| **In Re:**<br>**New Horizons Health Systems, Inc.**<br>**d/b/a New Horizons Medical Center**<br>**d/b/a New Horizons Family Practice**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 15-30235 (GRS)** |

**RESPONSE OF GOLDEN SCEPTER, LLC TO
DEBTOR'S MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING
SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF LIENS
AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);
(B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO
11 U.S.C. § 365; AND (C) ESTABLISHING CURE AMOUNTS (Doc. 135)**

___

Golden Scepter, LLC ("GS"), a creditor of Debtor herein, files this Response to Debtor's Motion for Entry of an Order (A) Authorizing Sale of Substantially All Assets Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365; and (C) Establishing Cure Amounts (Doc. 135) ("Motion") and states as follows (terms not otherwise defined herein have the meaning ascribed to them in the Motion):

1. GS is the owner of real estate located at 120 Progress Way, Owenton, Kentucky 40359, upon which is located an office building ("Building").

2. GS leases a portion of the Building to Debtor New Horizons Health Systems, Inc. ("Debtor") pursuant to a lease dated July 1, 2009 ("Lease").

3. There are pre-petition defaults under the Lease and the amount due GS from Debtor exceeds $100,000.00 for the pre-petition defaults.

4. The Motion (and the Asset Purchase Agreement referenced therein) contemplate that the Lease is to be assumed and assigned by the Debtor to the Buyer and the amount to be paid by the Debtor to GS is $100,000.00 ("Cure Cost").

5. In order to facilitate the transaction contemplated by the Motion and the Asset Purchase Agreement, GS is willing to accept payment of the Cure Cost as and for a cure of its pre-petition lease defaults.

6. By agreeing to the transaction and the terms of the Asset Purchase Agreement applicable to it, GS is not waiving any rights that it has. GS reserves all of its rights with respect to the subject Lease and its treatment in the event that the Motion is not granted, in whole or in part, or if the transaction contemplated by the Asset Purchase Agreement is not consummated pursuant to its terms.

WHEREFORE, GS requests that its rights be protected and that the relief granted herein is in accordance with the position of GS herein. GS requests any and all other relief, legal and equitable, that may be available to it.

Respectfully submitted,

*/s/ J. Michael Debbeler*
J. Michael Debbeler (17455)
*Attorney for Golden Scepter, LLC*
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Telephone: (513) 621-6464
Facsimile: (513) 651-3836
Email: mdebbeler@graydon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2015, a copy of the foregoing *Response* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System:

- Ellen Arvin Kennedy - dsbankruptcy@dinslaw.com
- John L. Daugherty - john.daugherty@usdoj.gov
- Brian H. Meldrum - bmeldrum@stites.com
- David Cooper Robertson - crobertson@stites.com
- Kevin G. Henry – khenry@sturgillturner.com
- Douglas T. Logsdon – dlogsdon@mmlk.com
- Elizabeth Graham Weber - bweber@dbllaw.com
- J. Kent Durning – kentdurning@skofirm.com

I further certify that on this 12th day of November, 2015, a copy of the foregoing *Response* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

New Horizons Health Systems, Inc.
330 Roland Avenue
Owenton, KY 40359
*Debtor*

                                                       */s/ J. Michael Debbeler*
                                                       J. Michael Debbeler (17455)

5990588.1