**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                          CASE NUMBER 15-30235
    New Horizons Health Systems, Inc.

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 11/19/2015                                               TIME: 10:00

APPEARANCES:

ISSUE:
   135      10/29/2015      Motion to Sell  Free and Clear of Liens under Section
                               363(f), filed by New Horizons Health Systems, Inc.
                               Fee Amount 176. Hearing scheduled for 11/19/2015 at
                               10:00 AM at Lexington Courtroom, 2nd Floor. (Attachments:
                               #

DISPOSITION:
      Other

JUDGE'S NOTES:

     Hearing 11/25

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Gregory R. Schaaf**
**Bankruptcy Judge**
**Dated: Thursday, November 19, 2015**
**(rah)**