UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE

NEW HORIZONS HEALTH SYSTEMS, INC.

CASE NO. 15-30235
CHAPTER 11

DEBTOR

## ORDER SCHEDULING EVIDENTIARY HEARING

This matter is before the Court on the Debtor's Motion for Entry of an Order (A) Authorizing Sale of Substantially All Assets Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365; and (C) Establishing Cure Amounts [ECF No. 135]; the Limited Objection of Siemens Financial Services, Inc. [ECF No. 145]; the Response of Creditor Golden Scepter, LLC [ECF No. 146]; the Objection of Triad Health Systems, Inc. [ECF No. 147] and the Response thereto of Saint Elizabeth Medical Center, Inc. [ECF No. 156]; the Limited Objection of the Official Committee of Unsecured Creditors [ECF No. 148]; and the Objection of the United States, Department of Agriculture, Rural Development [ECF No. 155].

A hearing on these matters was held on November 19, 2015, and it appearing to the Court that an evidentiary hearing is necessary to resolve the dispute, in particular the issues raised in the Objections filed by the United States [ECF No. 155] and Triad Health Systems [ECF No. 147], it is ORDERED, for the reasons stated on the record, that an evidentiary hearing will be conducted before the Court **at 9:00 a.m. on November 25, 2015, in the United States Bankruptcy Court, Second-Floor Courtroom, 100 East Vine Street, Lexington, Kentucky**.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, November 20, 2015
(grs)