IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| **In re:**<br>**New Horizons Health Systems, Inc.**<br>**d/b/a New Horizons Medical Center**<br>**d/b/a New Horizons Family Practice**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 15-30235 (GRS)** |

**ORDER GRANTING DEBTOR'S SECOND MOTION PURSUANT TO
11 U.S.C. § 1121(d) EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS
IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON**

This matter having come before this Court on the Debtor's Second Motion for the entry of an Order Pursuant to 11 U.S.C. § 1121(d) Extending The Debtor's Exclusive Period In Which To File a Chapter 11 Plan and To Solicit Votes Thereon (the "Motion"), and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is therefore hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Subject to the terms identified herein, the Motion is GRANTED.

2. The Debtor's Exclusive Filing Period, as that term is defined in the Motion, is extended from Wednesday, November 25, 2015, through and including Monday, January 25, 2016.

9994395v1

3. The Debtor's Exclusive Solicitation Period, as that term is defined in the Motion, is extended from Monday, January 25, 2016 through and including Friday, March 25, 2016.

4. This Order is without prejudice to the Debtor's right to seek additional extensions of the Exclusive Filing Period and Exclusive Solicitation Period, upon notice and a hearing.

5. This Order is effective immediately upon entry.

**TENDERED BY**:

**DINSMORE & SHOHL LLP**

/s/ *Ellen Arvin Kennedy*
Ellen Arvin Kennedy (KY# 88347)
John M. Spires (KY# 91418)
Lexington Financial Center
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone: 859-425-1000
Facsimile: 859-425-1099
ellen.kennedy@dinsmore.com
john.spires@dinsmore.com

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, November 24, 2015
(grs)