# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### FRANKFORT DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **New Horizons Health Systems, Inc.** | |
| **d/b/a New Horizons Medical Center** | **Case No. 15-30235 (GRS)** |
| **d/b/a New Horizons Family Practice** | |
| **Debtor.** | |

## JOINT MOTION TO SUSPEND EVIDENTIARY HEARING

Comes New Horizons Health Systems, Inc., as debtor and debtor-in-possession; St. Elizabeth Medical Center, Inc.; Official Committee of Unsecured Creditors; United States, Department of Agriculture, Rural Development; Golden Scepter, LLC; Triad Health Systems, Inc.; and Healthpoint Family Care, Inc. (the "Undersigned Parties"), and understanding that the Debtor intends to amend its Motion for Entry of an Order A) Authorizing Sale of Substantially all Assets Free and Clear of Liens and Encumbrances Pursuant to 11 USC §§ 363(b) and (f); B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 USC § 365; and C) Establishing Cure Amounts [DE 135] (the "Sale Motion"), hereby agree that the evidentiary hearing scheduled by this Court's Order [DE 159] for Wednesday, November 25, 2015, to support the Sale Motion is no longer necessary in light of a forthcoming amendment to the sale proposed in the Sale Motion.

WHEREFORE, the undersigned parties jointly request that this Court set aside its Order setting evidentiary hearing [DE 159].

Respectfully submitted,

**DINSMORE & SHOHL, LLP**


*/s/  Ellen Arvin Kennedy, Esq.*

Ellen Arvin Kennedy, Esq.

John M. Spires, Esq.

Dinsmore & Shohl, LLP

250 W. Main Street, Suite 1400

Lexington, Kentucky 40507

Phone: (859) 425-1000

Facsimile: (859) 425-1099

Email:  ellen.kennedy@dinsmore.com

      john.spires@dinsmore.com

**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**


**HAVE SEEN AND AGREED:**

*/s/ Brandon L. Fyffe, Esq.*

Brandon L. Fyffe, Esq.

Assistant United States Attorney

260 West Vine Street, Suite 300

Lexington, Kentucky 40507-1671

Telephone: (859) 685-4923

Email:   brandon.fyffe@usdoj.gov

**COUNSEL FOR UNITED STATES,
DEPARTMENT OF AGRICULTURE, RURAL DEVELOPMENT**


*/s/  D. Cooper Robertson, Esq.*

Brian H. Meldrum, Esq.

D. Cooper Robertson, Esq.

400 West Market Street, Suite 1800

Louisville, KY  40202

Telephone:  502-587-3400

Facsimile:  502-779-9815

Email:  bmeldrum@stites.com

      crobertson@stites.com

**COUNSEL FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

_/s/  Elizabeth Graham Weber, Esq._

Elizabeth Graham Weber, Esq.

Dressman Benzinger LaVelle PSC

207 Thomas More Parkway

Crestview Hills, KY 41017

Email: bweber@dbllaw.com

**COUNSEL FOR ST. ELIZABETH MEDICAL CENTER, INC.**


_/s/  J. Michael Debbeler, Esq._

J. Michael Debbeler, Esq.

Graydon Head & Ritchey, LLP

1900 Fifth Third Center

511 Walnut Street

Cincinnati, OH 45202

Email: MDebbeler@Graydon.com

**COUNSEL FOR GOLDEN SCEPTER, LLC**


_/s/  Douglas L. Lutz, Esq._

Douglas L. Lutz, Esq.

Frost Brown Todd, LLC

3300 Great American Tower

301 East 4th Street

Cincinnati, OH 45202

Email: dlutz@fbtlaw.com

**COUNSEL FOR HEALTHPOINT FAMILY CARE, INC.**

_/s/  Douglas T. Logsdon, Esq._

Douglas T. Logsdon, Esq.

McBrayer, McGinnis, Leslie & Kirkland, PLLC

201 East Main Street

Suite 900

Lexington, KY 40507

Email: dlogsdon@mmlk.com

**COUNSEL FOR TRIAD HEALTH SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

It is hereby certified that on the 24th day of November, 2015, a true and correct copy of the foregoing was served via the ECF System, which will send an electronic notice of filing to counsel of record.

*/s/ Ellen Arvin Kennedy, Esq.*
**COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION**

10032867v3