**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION**

| | |
|---|---|
| **In re:**<br>**New Horizons Health Systems, Inc.**<br>**d/b/a New Horizons Medical Center**<br>**d/b/a New Horizons Family Practice**<br><br>                **Debtor.** | **Chapter 11**<br><br>**Case No. 15-30235 (GRS)** |

**ORDER**

New Horizons Health Systems, Inc., as debtor and debtor-in-possession; St. Elizabeth Medical Center, Inc.; Official Committee of Unsecured Creditors; United States, Department of Agriculture, Rural Development; Triad Health Systems, Inc.; Golden Scepter, LLC; and Healthpoint Family Care, Inc. (the "Undersigned Parties"), having advised the Court that they have agreed to the relief requested in the Joint Motion to Suspend Evidentiary Hearing (the "Motion"); and the Court being otherwise sufficiently advised;

**IT IS THEREFORE ORDERED** that the November 25, 2015 hearing on the Sale Motion (as defined in the Motion) is VACATED and REMANDED

**TENDERED BY:**

*/s/ Ellen Arvin Kennedy, Esq.*
Ellen Arvin Kennedy, Esq.
John M. Spires, Esq.
Dinsmore & Shohl, LLP
250 W. Main Street, Suite 1400
Lexington, Kentucky 40507
Phone: (859) 425-1000
Facsimile: (859) 425-1099
Email:  ellen.kennedy@dinsmore.com
            john.spires@dinsmore.com
**COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION**

**HAVE SEEN AND AGREED:**

*/s/ Brandon L. Fyffe, Esq.*
Brandon L. Fyffe, Esq.
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1671
Telephone: (859) 685-4923
Email:  brandon.fyffe@usdoj.gov
**COUNSEL FOR UNITED STATES,**
**DEPARTMENT OF AGRICULTURE, RURAL DEVELOPMENT**


*/s/  D. Cooper Robertson, Esq.*
Brian H. Meldrum, Esq.
D. Cooper Robertson, Esq.
400 West Market Street, Suite 1800
Louisville, KY  40202
Telephone:  502-587-3400
Facsimile:   502-779-9815
Email:  bmeldrum@stites.com
         crobertson@stites.com
**COUNSEL FOR OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS**

*/s/  Elizabeth Graham Weber, Esq.*
Elizabeth Graham Weber, Esq.
Dressman Benzinger LaVelle PSC
207 Thomas More Parkway
Crestview Hills, KY 41017
Email: bweber@dbllaw.com
**COUNSEL FOR ST. ELIZABETH MEDICAL CENTER, INC.**

*/s/  J. Michael Debbeler, Esq.*
J. Michael Debbeler, Esq.
Graydon Head & Ritchey, LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Email: MDebbeler@Graydon.com
**COUNSEL FOR GOLDEN SCEPTER, LLC**

*/s/  Douglas L. Lutz, Esq.*
Douglas L. Lutz, Esq.
Frost Brown Todd, LLC
3300 Great American Tower
301 East 4th Street
Cincinnati, OH 45202
Email: dlutz@fbtlaw.com
**COUNSEL FOR HEALTHPOINT FAMILY CARE, INC.**

*/s/  Douglas T. Logsdon, Esq.*
Douglas T. Logsdon, Esq.
McBrayer, McGinnis, Leslie & Kirkland, PLLC
201 East Main Street
Suite 900
Lexington, KY 40507
Email: dlogsdon@mmlk.com
**COUNSEL FOR TRIAD HEALTH SYSTEMS, INC.**

10032870v2

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, November 24, 2015**
**(grs)**