**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION**

| | |
|---|---|
| In re:<br><br>**New Horizons Health Systems, Inc.**<br>**d/b/a New Horizons Medical Center**<br>**d/b/a New Horizons Family Practice**<br><br>**Debtor.** | Chapter 11<br><br>Case No. 15-30235 (GRS) |

**SECOND INTERIM APPLICATION OF KELLEY S. GAMBLE, CPA AS
ACCOUNTANT AND ADVISOR TO THE DEBTOR FOR ALLOWANCE OF FEES
AND EXPENSES
FOR SEPTEMBER 23, 2015 THROUGH NOVEMBER 15, 2015**

**NAME OF APPLICANT**        :    Kelley S. Gamble, CPA

**NAME OF DEBTOR**        :    New Horizons Health Systems, Inc.
                                                              d/b/a New Horizons Medical Center
                                                              d/b/a/ New Horizons Family Practice

**COMPENSATION PERIOD**    :    September 23, 2015 to November 15, 2015

**INTERIM APPLICATION #**   :    2

## FEE SUMMARY

| | FEES | EXPENSES | TOTAL |
|---|---|---|---|
| **REQUESTED:** | $7,475.00 | $0.00 | $7,475.00 |
| **PAID:** | $0.00 | $0.00 | $0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| In re:<br><br>New Horizons Health Systems, Inc.<br>d/b/a New Horizons Medical Center<br>d/b/a New Horizons Family Practice<br><br>Debtor. | Chapter 11<br><br>Case No. 15-30235 (GRS) |

**SECOND INTERIM APPLICATION OF KELLEY S. GAMBLE, CPA AS ACCOUNTANT AND ADVISOR TO THE DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES
FOR SEPTEMBER 23, 2015 THROUGH NOVEMBER 15, 2015**

Kelley S. Gamble, CPA ("Gamble" or the "Applicant") submits this Second Interim Application for Allowance of Fees and Expenses (the "Application") for the period from September 23, 2015 through and including November 15, 2015 (the "Compensation Period") in accordance with Sections 327 and 330 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"). The Applicant requests that the Court approve and authorize payment of fees and expenses for services rendered and expenses incurred on behalf of New Horizons Health Systems, Inc., d/b/a New Horizons Medical Center and d/b/a New Horizons Family Practice (the "Debtor") during the period from September 23, 2015 through and including November 15, 2015 in the aggregate amount of $7,475.00, representing $7,475.00 in fees and $0.00 in expenses. In support of the Application, the Applicant respectfully represents as follows:

2

## BACKGROUND

1.      The Debtor commenced this case by the filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 29, 2015 (the "Commencement Date"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is operating its business and managing its affairs as debtor in possession.

2.      The Debtor operates a hospital located in Owenton, Kentucky. As such the Debtor is a "health care business" as that term is defined in § 101(27A).

3.      Pursuant to 11 U.S.C. § 1102(a)(1), on July 16, 2015, United States Trustee Samuel K. Crocker appointed an Official Committee of Unsecured Creditors [DE 86].

4.      Additional information regarding the Debtor's business, capital structure, the circumstances leading to these chapter 11 filings, and restructuring plan are contained in the Bernard T. Poe Declaration filed May 29, 2015 [DE 16].

## THE APPLICATION

**A.    Retention of the Applicant**

5.      The Applicant was retained by the Debtor as accountant and advisor as of June 23, 2015, pursuant to the Order Authorizing Debtor and Debtor-in-Possession to Retain and Employ Kelley S. Gamble, CPA as Accountant and Advisor, entered June 23, 2015 [DE 62] (the "Retention Order") (a copy of the Retention Order is attached hereto as <u>Exhibit A</u>).

6.      All of the professional services for which compensation is requested were rendered solely in connection with this case and on behalf of the Debtor. The services performed were actual and necessary to the administration of this case and were beneficial at the time at which the services were rendered. All services were performed within a reasonable amount of

time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

7.  The compensation requested is consistent with the nature and extent of the services rendered during the Compensation Period, the size of this case, the time, labor and special expertise brought to bear on the questions presented, and other related factors. The compensation requested is reasonable based on the customary compensation charged by comparably skilled accountants in non-bankruptcy cases. As such, the Applicant submits that the compensation is reasonable within the meaning of §§ 330 and 331 of the Bankruptcy Code.

8.  The Applicant has maintained records of the time expended in the performance of the professional services required by the Debtor, which records were made concurrently with the rendition of such professional services. The documentation reflecting the services performed and the time expended by each professional is annexed hereto as Exhibit B.

**B.    Professional Services Rendered**

9.  The Applicant provided a total of 115 hours of accounting and advising services to the Debtor during the Compensation Period. All services rendered were actual and necessary and were beneficial to the Debtor's estate.

**C.    Request for Approval**

10. Pursuant to this Application, the Applicant requests approval and allowance of compensation for professional services rendered for the Compensation Period in the aggregate amount of $7,475.00 and reimbursement of expenses in the aggregate amount of $0.00.

11.  Pursuant to Paragraph 3(c) of the Court's Final Order Authorizing Use of Cash Collateral [DE 73], the Court approved a Carve-Out for the payment of the fees of Applicant and other professionals. Applicant requests that the Debtor be authorized to pay Applicant's fees and

expenses from the Carve-Out on entry of an Order approving this Application as provided in the budget.

12. The Applicant's billing rate is $65 per hour. This rate represents the normal and customary hourly billing rate of the Applicant for the time period covered by the Compensation Period.

## CONCLUSION

The fees requested in this Application are reasonable and reflect the value of the services provided to the Debtor's Chapter 11 estate during the compensation period.

**WHEREFORE**, the Applicant respectfully requests that this Court enter an order substantially in the form attached hereto, (i) granting compensation to the Applicant in the total amount of $7,475.00, comprising of payment of professional services rendered to and on behalf of, the Debtor during the Compensation Period in the amount of $7,475.00; (ii) authorizing the application of amounts budgeted for the Carve-Out for professional fees to these approved fees and expenses; (iii) authorizing the Debtor to pay the balance of fees and expenses to the Applicant on entry of an order approving this Application and (iv) granting such other and further relief as the Court may deem just and proper.

## NOTICE AND OPPORTUNITY

Any objection to this Application must (i) be in writing, (ii) state with particularity the grounds for such objection; and (iii) be filed with this Court and served upon the undersigned counsel within twenty-one (21) days of the date of service thereof. If no party files an objection to this Application, this Court may enter an Order approving the Application without a hearing. Objecting parties, if any, shall notice their objections for the Court's next available hearing date.

Dated:  December 4, 2015
       Lexington, Kentucky

                                    Respectfully submitted,

**DINSMORE & SHOHL LLP**

*/s/  Ellen Arvin Kennedy, Esq.*
Ellen Arvin Kennedy, Esq.
John M. Spires, Esq.
250 W. Main Street, Suite 1400
Lexington, Kentucky 40507
Telephone: (859) 425-1000
Fax: (859) 425-1099
Email:  ellen.kennedy@dinsmore.com
          john.spires@dinsmore.com
**COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION**

and

*/s/ Kelley S. Gamble*
Kelley S. Gamble, CPA
8025 Hwy. 127 North
Sparta, KY 41086
kelleygamble@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically in the method established under the CM/ECF Administrative Procedures Manual to all parties being notified via ECF on this 4th day of December, 2015.

                                    */s/  Ellen Arvin Kennedy, Esq.*
                                    **COUNSEL FOR DEBTOR
                                    AND DEBTOR-IN-POSSESSION**

10036105v1