**KAPLAN JOHNSON ABATE & BIRD LLP**

BRIAN H. MELDRUM

(502) 242-9111
bmeldrum@kplouisville.com

VIA EMAIL ONLY

January 26, 2018

Creditors Committee of New Horizons Health Systems, Inc.
Attn: Patrick J. Orr
Healthcare Services Group, Inc.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020

> Re:  Legal Services Agreement
> *In re New Horizons Health Sys., Inc.*, No. 15-30235 (Bankr. E.D. Ky.)

Dear Mr. Orr:

We are pleased that the Creditors Committee of New Horizons Health Systems, Inc. (the "Committee" or "you") has engaged Kaplan Johnson Abate & Bird LLP ("Kaplan Johnson," the "Firm," "we," or "our") to represent it in the above-reference matter (the "Matter").

**General Terms.** This letter (the "Agreement") sets forth the terms of our engagement. This Agreement sets forth our entire agreement for rendering legal services for the current Matter, except where we otherwise agree in writing (*e.g.*, by signing a different engagement letter).  This Agreement is subject to and contingent on the Bankruptcy Court entering an order authorizing the modification of the prior employment order so as to permit Kaplan Johnson to serve as committee counsel in light of my departure from my prior firm.  Any payment of compensation to Kaplan Johnson hereunder is subject to and contingent on Bankruptcy Court approval.

**Personnel.** I will be your primary Firm contacts for this engagement. Other Firm attorneys and legal assistants also may perform services during the course of this engagement. We will involve such other lawyers and legal assistants to the extent that your needs make such involvement desirable and acceptable to you.

Case 15-30235-grs   Doc 428-1   Filed 02/01/18   Entered 02/01/18 10:07:16   Desc
Continuation of Main Document Exhibit 1 - Engagement Letter   Page 2 of 3

January 26, 2018
Page 2 of 3

**Fees.** The Firm will bill you for fees incurred in representing you at an hourly rate. My hourly rate on this matter will be $380. Our rates are adjusted annually, effective January 1 of each year. These new rates will appear automatically on billings rendered after that date. We will assume that these adjustments are acceptable to adidas unless we hear from you to the contrary. Although we will attempt to estimate fees to assist you in your planning if requested, such estimates are subject to change and are not binding unless otherwise expressly and unequivocally stated in writing.

**Expenses.** Expenses related to providing services shall be included in our statements as disbursements advanced by us on your behalf. Such expenses include photocopying, printing, scanning, witness fees, travel expenses, filing and recording fees, certain secretarial overtime, postage, express mail, and messenger charges, deposition costs, computerized legal research charges, and other computer services, and miscellaneous other charges. Our clients pay directly (and are solely responsible for) certain larger costs, such as consultant or expert witness fees and expenses, and outside suppliers or contractors' charges.

**Billing and Payment Procedures.** Our statements for fees and expenses are typically rendered monthly, however fees and expenses shall be payable only upon Bankruptcy Court approval.

We would be happy to answer any questions you may have regarding the terms of our engagement or about this Agreement. You are welcome to have this letter reviewed by any other counsel of your choice. If you have no questions, please confirm your agreement with the arrangements described in this letter by signing below and returning it to me.

Sincerely,

Brian H. Meldrum

January 26, 2018
Page 3 of 3

**Acknowledged and Agreed to:**

Creditors Committee of New Horizons, Inc.

By: _____ (Patrick J. Orr)

Title: SVP of Financial Services, Healthcare Services Group, Inc.

Date: 1/31/2018